**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Dimas Atilio GIRON, Defendant–Appellant.**

**United States of America, Plaintiff–Appellee,**

v.

**Dimas Atilio Giron, Defendant–Appellant.**

**Nos. 01–7014, 01–7088.**

United States Court of Appeals, Fourth Circuit.

Submitted March 29, 2002.

Decided April 12, 2002.

Dimas Atilio Giron, Appellant Po Se. Cheryl Lynne Evans, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Dimas Atilio Giron appeals the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001) and his request for a certificate of appealability. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a

certificate of appealability and dismiss the appeals substantially on the reasoning of the district court. *See United States v. Giron,* No. CR–99–32–A (E.D. Va. Mar. 23 & June 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*